John COLIGAN, Petitioner,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,
Respondent.

No. 00–3115.

United States Court of Appeals,
Federal Circuit.

Feb. 7, 2001.

Before MICHEL, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.